**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LEROY L. BAINES, JR,

        Plaintiff,

v.                               Case No.: 6:24-cv-750-WWB-LHP

CREDIT CONTROL LLC,

        Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 27, 2024.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Party